IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA



| | | |
|---|---|---|
| 1.  TERRY E BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-13-166-HE |
| | ) | |
| 1.  WARDICE WHITE, | ) | *Honorable Joe Heaton* |
| 2.  STATE FARM MUTUAL | ) | |
| AUTOMOBILE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, *in Persona Propria,* and pursuant to U.C.C. § 1-207, hereby file this Dismissal Without Prejudice and the Plaintiff does hereby dismiss this cause without prejudice.

Terry E Bennett
U.C.C. § 1-207

## CERTIFICATE OF SERVICE

I hereby certify that on this 26 day of Feb., 2013, a true and correct copy of the foregoing was serviced via-hand delivery or U.S. Mail, first class with sufficient postage pre paid thereon to carry the same to:

Wilson, Cain & Acquaviva
300 NW 13th St, Suite 100
Oklahoma City, OK  73103

Terry E Bennett
U.C.C. § 1-207
P. O. Box 44096
Oklahoma City, OK  73144